UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DAVID DEBOARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 3:19-cv-00145-RLY-MPB |
| | ) |
| WATERSTONE AT GREEN RIVER, LLC | ) |
| GOEBEL COMMERCIAL REALTY, INC. | ) |
| SPM DEVELOPMENT, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff David DeBoard, and Defendants, Waterstone at Green River, LLC, Goebel Commercial Realty, Inc. and SPM Development, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the Stipulation, been duly advised, and now finds that the matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice.

SO ORDERED this 8th day of June 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.